# Court of Appeals
# of the State of Georgia

ATLANTA, February 17, 2023

*The Court of Appeals hereby passes the following order:*

**A23D0229. RANDY DENSON v. THE STATE.**

In 2001, Randy Denson was convicted of two counts of terroristic threats and three counts of arson. We affirmed his convictions on appeal. See *Denson v. State*, 259 Ga. App. 342 (577 SE2d 29) (2003). Denson later filed what purports to be an application in the Supreme Court, which found no basis for its jurisdiction and transferred the application to this Court. See Case No. S23D0462 (Jan. 10, 2023). Although difficult to decipher, Denson appears to be challenging the propriety of his arrest and the validity of his conviction. His application, however, contains no trial court order. Without an order, we have nothing to review. See *Amica v. State*, 307 Ga. App. 276, 282 (2) (704 SE2d 831) (2010); see also *Ward v. State*, 299 Ga. App. 826, 827 (683 SE2d 894) (2009) (this Court is for the correction of errors and will not consider issues on which the trial court has not ruled).

Accordingly, this application is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 02/17/2023

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, Clerk.